UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PAMELA E. AMIEL
A/K/A PAMELA E. BARRETT,

      Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __✓__ No

                  Respectfully submitted,

                  THOMAS E. SCOTT
                  UNITED STATES ATTORNEY

BY:  MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     99 N.E. 4TH STREET
     Suite 300
     Miami, FL 33132
     Tel No. (305) 961-9376
     Fax No. (305) 530-7195
     Bar No. A5500282

DATED __1/7/00__