UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6034-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICIA E. AMIEL,

    Defendant.
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Plaintiff, United States of America's Stipulation For Final Judgment By Consent, bearing file stamp of the Clerk of this Court dated April 20, 2000. The Court having carefully considered the merits of said Stipulation and the entire court file, and being otherwise fully advised in the premises, it is

    **ADJUDGED** as follows:

    1.  This Court has personal jurisdiction over the parties hereto and the subject matter herein;

    2.  The Plaintiff, United States of America, and the Defendant, Patricia E. Amiel's Stipulation For Final Judgment By Consent be and the same is hereby approved, adopted, and ratified by the Court;

    3.  Final Judgment is hereby entered in favor of the Plaintiff, United States of America, and against the Defendant, Patricia E. Amiel;

    4.  The Plaintiff, United States of America, does have and



recover from the Defendant, Patricia E. Amiel, the sum of $2,834.37 consisting of $2,825.70 in unpaid principal and $8.67 in interest accrued through March 27, 2000, together with interest from March 27, 2000 through and including the date of this judgment at the rate of 8% per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue; and

    5.   To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _20th_ day of April, 2000.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Patricia E. Amiel, Defendant Pro Se
7401 Tam Oshanter Boulevard
N. Lauderdale, Florida 33068