UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06034-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PATRICIA E. AMIEL,

        Defendant.
_____/

### SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Florida is hereby authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on October 17, 2000, in the Public Records of Broward County, Florida in Official Records Book 30939, Page 1622.



U.S. v. PATRICIA E. AMIEL  CASE NO. 00-06034-CIV-ZLOCH
Page No. 2

| | |
|---|---|
| Witness my hand and seal this<br>29TH day of August, A.D. 2002 | MARCOS DANIEL JIMENEZ<br>UNITED STATES ATTORNEY |
| Signed, Sealed and Delivered in<br>Presence of: | By: _____<br>MARY F. DOOLEY<br>Assistant United States Attorney<br>99 N.E. 4th Street, Room 300<br>Miami, FL 33132<br>Tel No.(305) 961-9311<br>Fax No.(305) 530-7195 |
| Magda del Valle | |
| Maryet Moxie-Stinson | |

STATE OF FLORIDA,
COUNTY OF DADE,

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Mary F. Dooley, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

    WITNESS my hand and official seal in the County and State last aforesaid this 29th day of AUGUST, A.D. 2002.

Rolando A. Leon
NOTARY PUBLIC, State of Florida

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath

This Instrument prepared by:

Mary F. Dooley
Assistant United States Attorney
99 N.E. 4th Street, #300
Miami, Florida  33132-2111